Same case below, 560 F.3d 647.

**No. 09-846. United States, Petitioner v. Tohono O'odham Nation.**

559 U.S. 1066, 130 S. Ct. 2097, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3384.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 559 F.3d 1284.

**No. 09-907. Jason M. Ransom, Petitioner v. FIA Card Services, N. A., fka MBNA America Bank, N.A.**

559 U.S. 1066, 130 S. Ct. 2097, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3359.

**No. 08-11105. Byron Mario Barriteau, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1067, 130 S. Ct. 2089, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3437.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-79. Beauvais Bellevue, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1067, 130 S. Ct. 2089, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3403.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 309 Fed. Appx. 755.

**No. 09-176. Lea Lakeside-Scott, Petitioner v. Multnomah County, Oregon, et al.**

559 U.S. 1067, 130 S. Ct. 2089, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3348.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 556 F.3d 797.

**No. 09-440. William H. Schramm, Petitioner v. Raymond L. LaHood, Secretary of Transportation.**

559 U.S. 1067, 130 S. Ct. 2090, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3342.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 318 Fed. Appx. 337.

**No. 09-538. Consumers' Checkbook, Center for the Study of Services, Petitioner v. Department of Health and Human Services, et al.**

559 U.S. 1067, 130 S. Ct. 2140, 176 L. Ed. 2d 721, 2010 U.S. LEXIS 3330.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 384 U.S. App. D.C. 306, 554 F.3d 1046.